UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA           :
                                   :    No. 4:16-CR-376
        v.                         :
                                   :
LEVAR WASHINGTON,                  :    (Judge         )
        Defendant                  :

FILED
SCRANTON
DEC 20 2016
PER _____
     DEPUTY CLERK

INDICTMENT

THE GRAND JURY CHARGES:

COUNT 1

On or about September 5, 2016, in Union County, Pennsylvania, within the Middle District of Pennsylvania, the defendant,

**LEVAR WASHINGTON,**

at a place within the special maritime and territorial jurisdiction of the United States, namely United States Penitentiary, Allenwood, a Federal correctional, detention, and penal facility, on land acquired for the use of the United States and under its exclusive jurisdiction, did assault another person with a dangerous weapon and with intent to do bodily harm, by stabbing him with a sharpened weapon commonly known as a "shank."

1

In violation of Title 18, United States Code, Sections 7(3) and 113(a).

THE GRAND JURY FURTHER CHARGES:

COUNT 2

On or about September 5, 2016, in Union County, Pennsylvania, within the Middle District of Pennsylvania, the defendant,

LEVAR WASHINGTON,

an inmate of United States Penitentiary, Allenwood, a Federal correctional, detention, and penal facility, in violation of a statute, rule, and order issued under a statute, possessed a prohibited object, to wit, a sharpened weapon, commonly known as a "shank."

In violation of Title 18, United States Code, Sections 1791(a)(2) and (b)(1).

A TRUE BILL

BRUCE D. BRANDLER
United States Attorney

By: [signature]

SEAN A. CAMONI
Assistant United States Attorney

Date: 12-20-16

2